Andrew Tobias
Name

315 Barnette St PoBox 72756 Fairbanks AK, 94791
Mailing address

@ 519 3654214
Telephone

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

~~US Federal Government~~

Andrew Tobias,
(Full name of plaintiff in this action)
**Plaintiff,**

vs.

US Federal Government,

_____,

_____,

_____,
(Full names of ALL defendant(s) in this action.
Do NOT use *et al.*)

**Defendant(s).**

Case No. 4-19-cv-00027-TMB
(To be supplied by the Court)

**PRO SE COMPLAINT**

for/under

_____
(Type of complaint)

## A. Jurisdiction

Jurisdiction in the United States District Court for the District of Alaska is invoked under:

_____

_____

PS22

**B. Parties**

1. <u>The Plaintiff is</u> _Andrew Tobias_____, who presently
(Print Name)

resides at_____.
(Address)

2. <u>Defe</u>ndants:

Defendant No. 1,_US Federal Government_____, is a
(Name)

citizen of_____, who works as a
(City/State)

_____for_____.
(Job Title, if applicable)          (Employer/agency, if applicable)

Defendant No. 2,_____, is a
(Name)

citizen of_____, who works as a
(City/State)

_____for_____.
(Job Title, if applicable)          (Employer/agency, if applicable)

Defendant No. 3,_____, is a
(Name)

citizen of_____, who works as a
(City/State)

_____for_____.
(Job Title, if applicable)          (Employer/agency, if applicable)
(City and State)

Defendant No. 4,_____, is a
(Name)

citizen of_____, who works as a
(City/State)

_____for_____.
(Job Title, if applicable)          (Employer/agency, if applicable)

Defendant No. 5,_____, is a
(Name)

citizen of_____, who works as a
(City/State)

_____for_____.
(Job Title, if applicable)          (Employer/agency, if applicable)

**C. Causes of Action** (Briefly describe the **facts** you consider important to each claim.
State what happened **clearly** and **briefly**, in your **own words**. DO NOT cite legal authority
or argument. Be certain to describe exactly what each defendant, **by name**, did to support
each claim for relief.)

I'm filing this suit against the US federal government for its failure to adhere to and cheating the rules of and its cheating and the actual engaging in its everyone in the world psychic spying on my thoughts and psychic attacking me campaign, undulatively motivated, in, at least, part to attain us dollar monetary damages in the sum of 500 printer pages of 9's double sided, and for everyone in the world to be removed from existence. This pertains to all to all activity from this life and past. During writing this, it psychic stole a usb cable from me, then psychically put it back, both to murder me. It's trying psychic cut off my penis due to assessing it's inferior as I write this. Many of the things it's done have been because it's attacks have failed so it has to assess it's inferior. It's trying to psychic delete my music off my phone as I write this because it's assessing it's inferior. It's psychic made it so if I search for certain laws online, it doesn't show up. It psychic tries to convince me of stuff about myself tried to do the thing where it holds the concept down in your stomach so you can't change your self opinion because it assesses it's inferior. It's psychic trying to pull out all thoughts of what it's done in terms of causing physical mal actions life all of the severe legal problems I've experienced since the felony psych hospitalization that happened after it forced me to kill myself in april, 2012. During that felony psych hospitalization it tried psychic witness tamper away my wanting to file a suit, and has been doing a lot since. It's psychic trying to make it so I have to write everything its done here instead of just that it's psychic spying on my thoughts on and psychic attacking me, undulatively motivated, using the psychic threat of removing the memories of it. It's trying to psychic make it so I can't think the actions come from whom I want to think it is. It's trying psychically change my computer from an apple to a non apple and force me to write here in my detailing of this that the reason I want an apple is to be able to steal music offline. It's been psychic spying on my thoughts and psychic attacking me in many ways that if I'm not able to remember it, it's due to its psychic witness tampering. It's done psychic witness tampering during the writing of this and all entrances by me into government buildings. It's psychic witness tampering so I can't think of the specifics of the things that I've done as I write this, forcing me to submit this. It's psychic changed my just having written, "things that it's done" to "I've done" in the previous sentence. It's constantly trying psychic kidnap me into foreign lands to undulatively force me to have to be around it to instill that it's a, I can't think of another term for this so I will use the term, "nigger". It's trying to make it so my going to court won't put back all of the stuff it stole or changed. It always tries to force me into being psychically held in a certain position where I can't move breath. It always tries to psychic attack me pretending I know what's going on, also using the notion that I know what's going on to cause pain, and constantly just psychically causes pain where there can't be pain. It sets up all of the circumstances that I experience problems in and I'm fairly sure it actually psychically causing all of my thoughts and actions. Of course as I wrote this there was the psychic threat of it changing my understanding of whether the last thing I wrote is true. It's psychic forced me to kill myself. It's psychic trying to steal my tin foil hat and tin foil that I use in my house and when I sleep and psych witness tamper my wanting to get more. It's been trying to psychic kidnap me into foreign lands. It's been psychic setting its psychich spying on my thoughts and attacking me campaign so I have to report it verbally. It's been trying to psychic steal my us citizenship. It's been psychic making it so I can't think or talk as a form of psychic witness tampering. While writing this it got someone to, via saying, "you need jesus", try to make it so I'm psychically subjected to general mal action, most horrendously painful. It's trying to get it so if I report anything from psychic spying on my thoughts or attacking me to the government, it uses the made up thing called the psychiatric system. It's also been trying to psychic convince me I'm not a human. It's also been psychic yelling at me, " who da bitch". On civil coversheet for this case, it psychic witness tampered made it so Federal government as a whole isn't option under citizenship of principal parties, and made court clerk on 8.16.2019 pretend telling me which option for this is legal advice.

Claim 1: On or about_____, _____
                              (Date or Period of Time)                    (Supporting facts)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

3                                                          COMPLAINT

<u>Claim 2</u>: On or about_____, _____
                               (Date or Period of Time)                      (Supporting facts)

_____

_____

_____

_____

_____

4                                COMPLAINT

<u>Claim 3</u>: On or about_____, _____
(Date or Period of Time)                    (Supporting facts)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**D. Request for Relief**

Plaintiff requests that this court grant the following relief:

1. Damages in the amount of $ _500 printer pages of 4's double sided_

2. Punitive damages in the amount of $ _____

3. An order requiring defendant(s) to _adhere to my psychic directive, the_ _rules of its everyone in the world's psychic spying on my thoughts and_ _psychic attacking me campaign, everyone in the world except_ _me_

4. A declaration that _____

_____

_____

5. Other: _____

_____

_____

Plaintiff demands a trial by _____ Jury _____ Court.  (Choose one)

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he is the plaintiff in the above action, that s/he has read the above complaint and that the information contained in the complaint is true and correct.

_Andrew Tobias_

**Plaintiff's Original Signature**

_Andrew Tobias_
(Plaintiff's Full Name)

Executed at _US district court for_ on _8.16.2019_
(Location)                                                  (Date)
_Alaska, fairbanks._

6                                                    COMPLAINT